# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00481-CR

**Joshua Kalani Douglas, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT NO. 66254, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant pled guilty to aggravated assault and was sentenced to twenty years imprisonment in accordance with a plea bargain agreement. The trial court has certified that the case is a plea bargain case and that appellant has no right to appeal, and it denied appellant's motion for permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed

Filed:   August 3, 2012

Do Not Publish